MEMO ENDORSED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
UNITED STATES OF AMERICA,

CONSENT TO PROCEED BY
VIDEOCONFERENCE /TELECONFERENCE

-v-

7:19-CR-180 (NSR)

**Stan Jones**,
                        **Defendant(s).**
---X

Defendant ____ **Stan Jones** _____ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

___ Initial Appearance/Appointment of Counsel

___ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Preliminary Hearing on Felony Complaint

___ Bail/Revocation/Detention Hearing

_X_ Status and/or Scheduling Conference on January 26, 2022 re VOSR

___ Misdemeanor Plea/Trial/Sentence

___ Guilty Plea


_ *Stan Jones* (by Bruce Koffsky with consent)     _/s/ *Bruce D. Koffsky*_____
Defendant's Signature                                   Defense Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)


_ **Stan Jones** _____                __Bruce D. Koffsky_____
Print Defendant's Name                             Print Defense Counsel's Name

This proceeding was conducted by reliable ~~videoconferencing~~ teleconferencing technology.

1/26/2022
_____                               _____
Date                                             U.S. District Judge/~~U.S. Magistrate Judge~~