# LEVITT & KAIZER
### ATTORNEYS AT LAW
40 FULTON STREET
17th FLOOR
NEW YORK, NEW YORK 10038-1850

RICHARD WARE LEVITT*
rlevitt@landklaw.com

NICHOLAS G. KAIZER
nkaizer@landklaw.com

ZACHARY SEGAL
zsegal@landklaw.com

EMILY GOLUB
  of counsel
emilygolublaw@gmail.com

* ADMITTED IN NY, FLA., AND D.C.

TELEPHONE
(212) 480-4000

FACSIMILE
(212) 480-4444

**MEMO ENDORSED**

July 3, 2024

**Deft's request to adjourn the VOSR Admission and Sentencing scheduled for July 17, 2024 to Nov. 20, 2024 at 10:00 am is GRANTED with the Govt's consent. Clerk of Court is requested to terminate the motion at ECF No. 30.**
**Dated: White Plains, NY**
**July 8, 2024**

SO ORDERED:

HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE

**Via ECF**

Hon. Nelson S. Román
United States District Court
Southern District of New York
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

      Re:    *United States v. Stan Jones*,
              19 Cr. 180 (NSR)

Dear Judge Román:

      We represent Stan Jones in the above-captioned case. Mr. Jones is scheduled to appear for a VOSR admission and sentencing on July 17, 2024. With the consent of the government, we ask that the matter be adjourned for four months, until November 18, 2024, at 11:00 am or such other time as the Court has available.

      Thank you for considering this request.

                                        Respectfully submitted,

                                        Richard Levitt

cc:    AUSA Jeffrey Coffman (via ECF)
        AUSA T. Josiah Pertz (via ECF)
        USPO Florence Duggan (Florence_Duggan@nysp.uscourts.gov)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 07/08/2024