UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    -against-

STAN JONES,

             Defendant.

19 CR 180-01 (NSR)

RESCHEDULING ORDER

NELSON S. ROMÁN, U.S.D.J.:

    **Due to a Court scheduling conflict, the IN-PERSON VOSR Admission and Sentencing is rescheduled from January 17, 2025 until January 28, 2025 at 11:00 am, without objection by the parties, in Courtroom 218**.

Dated:  January 15, 2025
           White Plains, New York

SO ORDERED.

_____
NELSON S. ROMÁN
United States District Judge



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/15/2025